**DISMISS and Opinion Filed April 12, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00080-CV**

**SHONE NIX, Appellant**
**V.**
**ELMA MERAZ, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1690**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal because he has

settled his dispute with appellee. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

220080f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHONE NIX, Appellant

No. 05-22-00080-CV      V.

ELMA MERAZ, Appellee

On Appeal from the 15th Judicial District Court, Grayson County, Texas Trial Court Cause No. CV-18-1690. Opinion delivered by Justice Pedersen, III. Justices Schenck and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ELMA MERAZ recover her costs of this appeal from appellant SHONE NIX.

Judgment entered this 12th day of April, 2022.